| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Barash, Martin R. | 2. Court or Organization<br><br>Bankruptcy Court, Central District of California | 3. Date of Report<br><br>05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Klee, Tuchin, Bogdanoff & Stern LLP |
| 2. | Director and President | The Junior Statesmen Foundation |
| 3. | Director | American Bankruptcy Institute |
| 4. | Director | Los Angeles Bankruptcy Forum |
| 5. | President | The Princeton University Class of 1989 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Klee, Tuchin, Bogdanoff & Stern LLP - Partner Distributions/ Compensation - Law Practice (Thru 03/25/2015) | $84,508.00 |
| 2. | 2015 | Klee, Tuchin, Bogdanoff & Stern LLP - "Employer Contributions" to 401(k) Plan - Law Practice (Thru 03/25/2015) | $4,826.00 |
| 3. | 2015 | Harvest Productions, Rental of Home for TV Commercial | $3,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 04/15/2015-04/18/2015 | Washington, DC | Educational seminar/board of directors meeting | Transport, lodging, food, seminar registration |
| 2. | Turnaround Managers Association | 07/15/2015-07/16/2015 | San Diego, CA | Educational seminar | Lodging, food |
| 3. | American Bankruptcy Institute | 09/10/2015-09/12/2015 | Las Vegas, NV | Educational seminar | Transport, lodging, food, seminar registration |
| 4. | National Conference of Bankruptcy Judges | 09/26/2015-09/30/2015 | Miami, FL | Educational seminar, professional association meeting | Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

| 5. | American Bankruptcy Institute | 12/03/2015-12/05/2015 | Phoenix, AZ | Educational seminar/board of directors meeting | Transport, lodging, food, seminar registration |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   401(k) Retirement Plan | | | | | | | | | |
| 2.   --Vanguard Prime Money Market Inv. Fund | A | Dividend | J | T | | | | | |
| 3.   --Lord Abbett Developing Growth I Fund | D | Dividend | M | T | | | | | |
| 4.   --Oppenheimer Developing Markets Y Fund | A | Dividend | L | T | | | | | |
| 5.   --Vanguard Inflation Protected Securities Inv Fund | A | Dividend | L | T | | | | | |
| 6.   --Franklin Balanced A Fund | B | Dividend | | | Closed | 05/15/15 | M | A | Fund Exchange - See note B |
| 7.   --Putnam Dynamic Asset Allocation Balanced A | D | Dividend | M | T | Open | 05/15/15 | M | | Fund Exchange - See note B |
| 8.   --Prudential Jennison Natural Resources Z | | None | | | Closed | 05/15/15 | L | A | Fund Exchange - See note B |
| 9.   --Vanguard Target Retirement 2030 | C | Dividend | L | T | Open | 05/15/15 | L | | Fund Exchange - See note B |
| 10.   401(k) Rollover/IRA | | | | | | | | | |
| 11.   --Vanguard 500 Index Inv Fund | C | Dividend | M | T | | | | | |
| 12.   --Vanguard US Growth Inv Fund | D | Dividend | L | T | | | | | |
| 13.   403(b) Plan | | | | | | | | | |
| 14.   --University of California Global Equity Fund | | None | K | T | | | | | |
| 15.   --University of California Bond Fund | | None | J | T | | | | | |
| 16.   --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 17.   Retirement Plan | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Beacon Large Cap Value Institutional Fund | B | Dividend | J | T | | | | | |
| 19. --Prudential Total Return Bond Q Fund | A | Dividend | | | Closed | 06/10/15 | J | | Fund Exchange - See Note C |
| 20. --Prudential Core Plus Bond Fund Unit Class 6 | A | Dividend | J | T | Open | 06/10/15 | J | | Fund Exchange - See Note C |
| 21. --Fidelity Spartan 500 Index Fund | A | Dividend | J | T | | | | | |
| 22. Retirement Plan #2 | | | | | | | | | |
| 23. --University of California Global Equity Fund | | None | J | T | | | | | |
| 24. --University of California Savings Fund | A | Dividend | J | T | | | | | |
| 25. 529 Plan #1 | | | | | | | | | |
| 26. --Scholarshare Passive Age-Based Portfolio 11-12 | | None | | | Closed | 06/22/15 | M | | Fund Exchange - See Note D |
| 27. --Scholarshare Passive Age-Based Portfolio 12-13 | | None | M | T | Open | 06/22/15 | M | | Fund Exchange - See Note D |
| 28. 529 Plan #2 | | | | | | | | | |
| 29. --Scholarshare Passive Age-Based Portfolio 9-10 | | None | | | Closed | 06/22/15 | M | | Fund Exchange - See Note D |
| 30. --Scholarshare Passive Age-Based Portfolio 11-12 | | None | M | T | Open | 06/22/15 | M | | Fund Exchange - See Note D |
| 31. 529 Plan #3 | | | | | | | | | |
| 32. --Scholarshare Passive Age-Based Portfolio 5-8 | | None | K | T | | | | | |
| 33. Other Investments | | | | | | | | | |
| 34. AT&T | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast | A | Dividend | J | T | | | | | |
| 36. Walt Disney Corporation | A | Dividend | J | T | | | | | |
| 37. Banc of California | A | Interest | J | T | | | | | |
| 38. First Republic Bank Account | A | Interest | L | T | | | | | |
| 39. RP Realty Partners Fund II LP | | None | J | W | | | | | |
| 40. Corridor Capital Advisors LLC | A | Interest | J | W | | | | | |
| 41. Birch Run Investors LLC (nka 2400 Charleston LLC) | E | Distribution | J | W | | | | | |
| 42. Cinncinati Investors, LLC | A | Interest | | | Sold | 03/01/15 | J | E | ▓▓▓▓▓▓▓ |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes to Part VII:

[A] The value of mutual funds in all retirement and educational savings accounts shown at the end of the reporting period reflects: (i) the reinvestment of interest and other distributions made by those mutual funds, less deducted costs and fees; and (ii) the additional contributions made to those retirement and educational savings accounts over the course of the year (including any gain or loss on those additional contributions).

[B] On May 5, 2015, the 401(k) plan changed its investment options. Certain plan investments were discontinued and the value transferred from those investments to two new mutual fund offerings. Specifically: (1) the market value of the Franklin Balanced A Fund was transferred to the Putnam Dynamic Asset Allocation Balanced A Fund, and (2) the market value of the Prudential Jennison Natural Resources Fund was transferred to the Vanguard Target Retirement 2030 Fund.

[C] On June 10, 2015, the retirement plan (involuntarily) transferred all of the value in this account from the Prudential Total Return Bond Q Fund to the Prudential Core Plus Bond Fund Unit Class 6.

[D] On June 22, 2015, all of the value in the noted section 529 plans was trasferred to the specified Scholarshare age-based funds, consistent with the advancing age of each of our children.

[E] I am advised that CR Investors, LLC, which was reported in my Initial Report, was wound up in 2014. Accordingly, there was no income or other activity in 2015 and is not listed here.

[F] Because the instructions for my Initial Report indicated that I was not to report "Transactions," I did not include Cincinnati Investors, LLC on my Initial Report. This investment was disposed of in March 2015. It is reported here because it generated a small amount of interest in 2015 and because the disposition occurred in 2015. However, it appears that my omission of the investment from my Initial Report may have been an inadvertent error because the investment generated a small amount of interest during 2014 in Category A ($1,000 or less). The error was inadvertent.

| Name of Person Reporting | Date of Report |
|---|---|
| Barash, Martin R. | 05/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Martin R. Barash**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544